IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMPUTERSHARE TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF BBCMS MORTGAGE TRUST 2023-5C23, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2023-5C23, | : | |
| | : | 2:25-cv-06229 |
| *Plaintiff*, | : | |
| v. | : | |
| 919 LOMBARD STREET CC LCC, | : | |
| *Defendant*. | : | |

**ORDER**

AND NOW, this 1st day of September 2026, upon consideration of Plaintiff's unopposed motion for summary judgment along with the supporting memorandum, and declarations (Dkt. 32), it is ORDERED that Plaintiff's motion is hereby GRANTED as follows:

1. An *in rem* judgment in mortgage is entered in favor of Plaintiff and against Defendant and the mortgaged property in the amount of $2,813,673.56, together with additional interest and default interest, fees and expenses from July 6, 2026, to the date of the sale of the property;[1]
2. Plaintiff is authorized to proceed to a judicial sale of the mortgage property in accordance with 28 U.S.C. § 2001 *et seq.*; and

3. The sale shall comply with the requirements of the Pennsylvania Rules of Civil Procedure governing mortgage foreclosures, except that Plaintiff shall comply with applicable federal law to the extent that it conflicts with the Pennsylvania Rules.

BY THE COURT:

GAIL A. WEILHEIMER, J.

[1] Plaintiff has submitted certain declarations from Attorney Quaglia and Tiffany Kobrin, indicating that the attorneys fees in this matter are $68,619. Those fees are subsumed in the out-of-pocket expenses itemized in the Kobrin Declaration. *See* Korbin Decl. at ¶¶ 35, 51. Those fees are approved in accordance with he reasoning detailed in the accompanying memorandum.